# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neff, Janet T. | US District Court Western District of Michigan | 04/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Senior Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

110 Michigan Street NW Suite 402
Grand Rapids, Michigan 49503

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Michigan Judges Retirement System - Pension upon Retirement from Michigan Court of Appeals |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Michigan Pension | $90,865.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of Michigan Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Neff, Janet T.** | 04/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Neff, Janet T.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chase Bank - Deposit Account | A | Int./Div. | L | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. - Blackrock Index FDS Inc - BTMKX | A | Dividend | | | Sold | 03/13/20 | J | | |
| 4. - Blackrock FDS V - BRHYX | B | Dividend | K | T | Buy | 04/06/20 | K | | |
| 5. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 6. | | | | | Sold<br>(part) | 10/27/20 | J | A | |
| 7. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 8. - Dodge & Cox Income Fund - DODIX | A | Dividend | J | T | Sold<br>(part) | 05/18/20 | J | A | |
| 9. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 10. - Fidelity Salem STR TR - FXAIX | B | Dividend | L | T | Buy<br>(add'l) | 03/13/20 | K | | |
| 11. | | | | | Sold<br>(part) | 03/19/20 | K | | |
| 12. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 13. | | | | | Sold<br>(part) | 06/08/20 | J | B | |
| 14. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 15. | | | | | Sold<br>(part) | 10/27/20 | J | B | |
| 16. | | | | | Sold<br>(part) | 11/27/20 | J | | |
| 17. - Ishares Core MSCI - IEMG | A | Dividend | K | T | Buy | 10/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Neff, Janet T.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Ishares Tips Bond ETF - TIP | A | Dividend | | | Sold | 03/12/20 | J | | |
| 19.   - Ishares Trust - MBB | A | Dividend | K | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 20. | | | | | Sold<br>(part) | 10/22/20 | J | B | |
| 21. | | | | | Sold | 11/12/20 | J | A | |
| 22.   - Ishares Trust - GOVT | A | Dividend | | | Buy | 03/16/20 | J | | |
| 23. | | | | | Sold<br>(part) | 09/21/20 | J | A | |
| 24. | | | | | Sold | 11/12/20 | J | | |
| 25.   - Ishares 20 Plus - TLT | A | Dividend | K | T | Buy<br>(add'l) | 09/22/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 28.   - JP Morgan Exchange - BBCA | A | Dividend | J | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 29.   - JP Morgan Exchange - BBAX | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | | |
| 30. | | | | | Sold<br>(part) | 10/28/20 | J | | |
| 31.   - JP Morgan Exchange - BBEU | A | Dividend | | | Sold<br>(part) | 03/16/20 | J | | |
| 32. | | | | | Sold<br>(part) | 03/20/20 | J | | |
| 33. | | | | | Buy | 06/09/20 | K | | |
| 34. | | | | | Sold<br>(part) | 10/22/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold | 12/16/20 | J | B | |
| 36. - JP Morgan Exchange - BBJP | A | Dividend | | | Sold (part) | 02/18/20 | J | A | |
| 37. | | | | | Sold (part) | 03/16/20 | J | | |
| 38. | | | | | Sold (part) | 03/20/20 | J | | |
| 39. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 40. | | | | | Sold | 10/28/20 | J | A | |
| 41. - JP Morgan TR II - JCBUX | B | Dividend | K | T | Sold (part) | 09/21/20 | J | A | |
| 42. | | | | | Sold (part) | 10/27/20 | J | A | |
| 43. | | | | | Sold (part) | 11/10/20 | K | B | |
| 44. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 45. - JP Morgan TR II - JHYUX | A | Dividend | | | Buy | 05/18/20 | J | | |
| 46. | | | | | Sold | 11/06/20 | K | B | |
| 47. - JP Morgan TR II - QCVEZ (formerly JP Morgan US Government - QVESQ) | A | Dividend | J | T | | | | | |
| 48. - PIMCO FDS Pac Invt Mgmt - PIGIX | A | Dividend | K | T | | | | | |
| 49. - PIMCO Total Return Fund - PTTRX | A | Dividend | | | Sold | 10/21/20 | J | A | |
| 50. - Six Circles Tr - CIUEX | A | Dividend | L | T | Buy (add'l) | 02/14/20 | J | | |
| 51. | | | | | Buy (add'l) | 11/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 53.   - Six Circles Tr - CGLBX | A | Dividend | L | T | Buy | 08/18/20 | K | | |
| 54. | | | | | Sold<br>(part) | 10/27/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 11/10/20 | K | | |
| 56. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 57.   - Six Circles Tr - CUSDX | A | Dividend | J | T | Sold<br>(part) | 04/27/20 | J | | |
| 58.   - Six Circles Tr - CUSUX | B | Dividend | L | T | Sold<br>(part) | 10/27/20 | J | C | |
| 59.   - Six Circles Tr. - CRDOX | A | Dividend | J | T | Buy | 11/27/20 | J | | |
| 60.   - T Rowe Price New Income - PRXEX | B | Dividend | | | Sold<br>(part) | 08/18/20 | K | B | |
| 61. | | | | | Sold | 09/21/20 | J | A | |
| 62.   - Vanguard Bond Index FD - VBTLX | A | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 63.   - Vanguard Index Tr - VFIAX | B | Dividend | K | T | | | | | |
| 64.   - Vanguard Charlotte Fd - VTABX | C | Dividend | L | T | | | | | |
| 65.   - Vanguard Intermediate - VCIT | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 66.   - Vanguard Total Int'l Bond - BNDX | C | Dividend | L | T | Sold<br>(part) | 03/16/20 | J | A | |
| 67. | | | | | Sold<br>(part) | 11/12/20 | J | A | |
| 68. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Trust #1 (H) | | | | | | | | | |
| 70.   - Chase Bank Deposit Account - QCPCM | A | Dividend | K | T | | | | | |
| 71.   - Blackrock Event Driven - BILPX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 72. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 73.   - Calvert World Values FD - CVMRX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 74. | | | | | Sold (part) | 12/21/20 | J | C | |
| 75.   - Columbia FDS Ser TR I - CGTUX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 76. | | | | | Sold (part) | 12/21/20 | J | B | |
| 77.   - Dodge & Cox Stock Fund - DODGX | A | Dividend | L | T | Buy | 05/13/20 | K | | |
| 78. | | | | | Sold (part) | 12/21/20 | J | B | |
| 79.   - Domini Social Invt TR - DOMOX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 80. | | | | | Sold (part) | 12/21/20 | J | A | |
| 81.   - DWS Intermediate Tax Free - SZMIX | B | Dividend | L | T | Buy | 05/13/20 | L | | |
| 82. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 83.   - IShares - DSI | B | Dividend | M | T | Buy | 05/14/20 | L | | |
| 84. | | | | | Sold (part) | 12/22/20 | J | B | |
| 85.   - IShares Gold Trust - IAU | | None | K | T | Buy | 05/14/20 | K | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Neff, Janet T.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 87.   - IShares TR - MTUM | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 88. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 89.   - IShares TR - VLUE | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 90. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 91.   - IShares Trust - CRBN | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 92. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 93.   - IShares Trust - MUB | A | Dividend | L | T | Buy | 05/14/20 | L | | |
| 94. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 95.   - JP Morgan TR I - JMSFX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 96. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 97.   - JP Morgan TR I - JITZX | A | Dividend | L | T | Buy | 05/12/20 | L | | |
| 98. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 99.   - MFS SER TR III - MMHKX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 100. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 101.   - Neuberger Berman Equity - NRGSX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 102. | | | | | Sold<br>(part) | 12/21/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Parnassus FDS - PFPMX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 104. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 105.   - Parnassus Income TR - PRILX | A | Dividend | L | T | Buy | 05/13/20 | L | | |
| 106. | | | | | Sold<br>(part) | 12/21/20 | J | B | |
| 107.   - Pax MSCI EAFE ESG Leaders - PXNIX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 108. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 109.   - Payden & Rygel Invt Group - PYEIX | A | Dividend | K | T | Buy | 05/13/20 | J | | |
| 110.   - Select Sector SPDR Trust - XLV | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 111. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 112.   - Select Sector SPDR Trust - XLK | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 113. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 114.   - TIAA CREF FFDS - TSBIX | B | Dividend | L | T | Buy | 05/13/20 | K | | |
| 115. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 116.   - Vanguard Index Funds - VO | A | Dividend | K | T | Buy | 05/14/20 | K | | |
| 117. | | | | | Sold<br>(part) | 12/22/20 | J | A | |
| 118.   - WCM Focused International - WCMIX | A | Dividend | K | T | Buy | 05/13/20 | K | | |
| 119. | | | | | Sold<br>(part) | 12/21/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IIIA:  Line 2:  JP Morgan Clearing Corp Retirement account removed as no distribution was made in 2020 due to the CARES Act.

Part VII:  Line 47:  JP Morgan Tr II - QCVEZ formerly JP Morgan US Government - QVESQ (line 30 , 2019 Report)

Part VII:  Line 69: Trust #1 (H) added in 2020 filing year.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Janet T. Neff**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544